**STATE of Missouri, Respondent,**

v.

**Jerrishant JOHNSON, Appellant.**

No. 75397.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 20, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 17, 1999.

---

2. The State did not argue that T.B. was incapable of giving consent due to his age.

N. Scott Rosenblum, St. Louis, for appellant.

John Munson Morris, III, Asst. Atty. Gen., Shaun J. Mackelprang, Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Appellant, Jerrishant Johnson, appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of assault in the first degree, RSMo section 565.050,[1] and armed criminal action, RSMo section 571.015. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 1994.